# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00280-CV

**The Hertz Corporation, Appellant**

**v.**

**Chandra Oglen, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
## NO. 90538, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 25, 2022. After this Court granted multiple motions requesting an extension of time to file appellant's brief, the brief was due on November 30, 2022, per the Court's October 31, 2022 order. To date, the brief has not been tendered for filing and is overdue. On December 2, 2022, appellant's counsel filed a third motion for extension of time, requesting an extension until January 30, 2023. In the Court's October 31, 2022 order granting the most recent extension, this Court advised counsel that no further extensions would be granted. Accordingly, we deny the third motion for extension of time and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Prosecution

Filed: December 13, 2022